UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 92CR1298-07-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT; WITHDRAWAL OF ARREST WARRANT; AND JUDGMENT |
| LUIS ROBERTO ANGULO (7), | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant LUIS ROBERTO ANGULO (7), be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for LUIS ROBERTO ANGULO (7), be recalled.

**DATED: February 15, 2012**

*[signature]*
**IRMA E. GONZALEZ**
**United States District Judge**

AWR:kaj
2/14/12